UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

S.G. et al.,

Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF
EDUCATION,

Defendant.

22-cv-05955 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

IT IS HEREBY ORDERED THAT the status conference on November 16, 2022 at

10:30 a.m. shall be held via Microsoft Teams; access information will be provided.  The

public listen-only line may be accessed by dialing the toll-free number 877-336-1831 with

access code 5583342. IT IS FURTHER ORDERED that counsel for all parties shall, by

**November 17, 2022** at **12:00 p.m.**, file a joint letter on ECF containing a list of the names,

telephone numbers, and email addresses of counsel who may speak during the conference.

Dated: November 14, 2022
       New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge