UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| S.G., et al.,<br><br>        Plaintiff,<br><br>  -against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>        Defendant. | 22-CV-05955 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  As stated on the record during the November 16, 2022 Conference:

If the parties are unable to consensually resolve this matter, Plaintiff's motion for summary judgment shall be filed by **December 14, 2022**; Defendant's opposition shall be filed by **January 14, 2023**; and Plaintiff's reply, if any, shall be filed by **January 24, 2023**.

Dated: November 16, 2022
    New York, New York

                     SO ORDERED.

                     *Jennifer Rochon*
                     JENNIFER L. ROCHON
                     United States District Judge